No. 354. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* LUIGI CAFARELLI. In error to the District Court of the United States for the District of Colorado. October 11,

1910. Dismissed, on motion of *Mr. Attorney General Wickersham* for the plaintiff in error. *The Attorney General* for plaintiff in error. *Mr. Edwin H. Park* for defendant in error.

---

